UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAHI MEJIA,

                        Plaintiff,

            -against-

MDBH MOBILE 7 INC, CELL PHONES OF
HARLEM, INC., HIGH SPEED WIRELESS
1618 INC, 20/20 MOBILE CORP, MORIS
HASBANI, *and* ABEDELSALAM IHMUD,

                        Defendants.

**ORDER**

25-cv-5580 (ER)

RAMOS, D.J.:

            The Court having been advised that the parties have reached agreement on all issues, the

parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport*

*Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than February 19, 2026.

            SO ORDERED.

Dated:    February 5, 2026
            New York, New York

                                                                    _____
                                                                    Edgardo Ramos, U.S.D.J.