

# LATI LAW, PLLC

LatiLawPLLC@gmail.com
(646) 894-8094
Miro Lati, Esq.*

2056 East 8th Street, 2nd Fl
Brooklyn, New York 11223
*Member of NY & NJ Bar

February 18, 2026

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

## MEMO ENDORSED
at page 2

**Re: ANAHI MEJIA v. MDBH MOBILE 7 INC, et al (Docket No. 25-cv-05580-ER) - Request for Extension of Time to Submit Settlement/Resolution Related Documentation as a Result of Mediation**

Dear Judge Ramos:

We represent Defendants MDBH Mobile 7 Inc, Cell Phones Of Harlem, Inc., High Speed Wireless 1618 Inc, Moris Hasbani in the above-referenced matter ("Appearing Defendants"). Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases and upon the parties' stipulation, we hereby respectfully request that the Court extend the time set forth by the respectful Court pursuant to Order dated February 5, 2026 for submission of parties' agreement to March 9, 2026. The current due date set forth by the Court is February 19, 2026. The parties have consented to the extension of time.

The reason for the requested extension is that the parties are still the process of drafting the settlement/resolution related documentation resulting from the mediation hearing held on January 28, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

By:    */s/ Miro Lati*
       Miro Lati, Esq.
       Lati Law, PLLC
       2056 East 8th Street, 2nd Floor
       Brooklyn, NY 11223
       Phone: (646) 894-8094
       Email: LatiLawPLLC@gmail.com
       *Attorney for Appearing Defendants*
       *MDBH Mobile 7 Inc, Cell Phones*
       *Of Harlem, Inc., High Speed Wireless*
       *1618 Inc, Moris Hasbani*

**Enclosure:**

cc: All Counsel of Record (via ECF)

The request is granted.  The parties are directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.* 796 F.3d 199 (2d Cir. 2015) by March 9, 2026.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: February 20, 2026
New York, New York