**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANAHI MEJIA,

                        *Plaintiff,*

-against-

MDBH MOBILE 7 INC, CELL PHONES OF
HARLEM, INC., HIGH SPEED WIRELESS 1618
INC, 20/20 MOBILE CORP, MORIS HASBANI and
ABEDELSALAM IHMUD

                        *Defendants.*

Civil Action

Case No. 25-cv-05580-ER

**JUDGMENT**

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff ANAHI MEJIA  ("Plaintiff") on February 26, 2026, accepting the February 26, 2026, Offer of Judgment from defendants MDBH MOBILE 7 INC, CELL PHONES OF HARLEM, INC., HIGH SPEED WIRELESS 1618 INC, MORIS HASBANI (together, "Defendants") to allow judgment to be taken against Defendants by Plaintiff in the above-captioned action in the total sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of all damages, interest, costs and attorneys' fees, and expenses, in full and final settlement of all of Plaintiff's claims, relief, and causes of action against Defendants arising out, alleged in, or related to, the facts and transactions asserted in Plaintiff's Complaint, including without limitation, Fair Labor Standards Act, 29 U.S.C. 201 *et seq*., and all Counts of the Complaint, inclusive of all damages, interest, costs, attorneys' fees, and expenses, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff ANAHI MEJIA and against MDBH MOBILE 7 INC, CELL PHONES OF HARLEM, INC., HIGH SPEED WIRELESS 1618 INC, MORIS HASBANI, with respect to Plaintiff's claims, relief, and causes of action against Defendants arising out of, alleged in, or related to, the facts and transactions asserted in Plaintiff's Complaint, including without limitation, Fair Labor Standards Act, 29 U.S.C. 201 *et seq*., and Counts of the Complaint, in the total amount of $10,000.00,  inclusive of

all damages, interest, costs, attorneys' fees, and expenses; and that this case is closed and

disposed with prejudice against Defendants.


SO ORDERED.

Date:   March 4, 2026
        New York, New York                                    Hon. Edgardo Ramos, U.S.D. J.